O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARNEAL TYRONE HALL, | NO. EDCV 14-1748-GHK (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| M.E. SPEARMAN, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying A Certificate Of Appealability; And Referring Petition To Ninth Circuit Pursuant To Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED that this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: August 26, 2014.

*Margaret A. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE